# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIV. NO. 14-00399 HG-KJM |
| CASE NAME: | J.E., through his parent Suzanne Egan; Hawaii Disability Rights Center, in a representative capacity v. Rachael Wong, in her official capacity as Director of the State of Hawaii, Department of Human Services |
| ATTYS FOR PLAS: | Paul Alston, Esquire<br>Maile Osika, Esquire |
| ATTY FOR DEFT: | Kendall J. Moser, Esquire |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | 11/21/2017 | TIME: | 9:45am-10:20am |

COURT ACTION: EP: STATUS CONFERENCE

Discussion held.

On August 31, 2017, the Magistrate Judge issued a Findings and Recommendation to Grant In Part and Deny In Part Plaintiffs' Motion for Supplemental Fees. (ECF No. 176).

The Magistrate Judge also issued, in the same filing, an Order Granting In Part and Denying In Part the relief requested in Plaintiffs' Motion for Reconsideration of Amended Findings and Recommendation for Attorneys' Fees and Related Non-Taxable Expenses. (ECF No. 176).

Plaintiffs filed Objections to the Magistrate Judge's August 31, 2017 Findings and Recommendation and Order. (ECF No. 177).

The Court **ADOPTS, AS MODIFIED**, the Magistrate Judge's Amended Findings and Recommendation and **SUSTAINS, IN PART**, Plaintiffs' Objections (ECF No. 177).

1

Specifically, the District Court adopts the Amended Findings and Recommendation with the following modifications. Plaintiffs shall be compensated for:

(1) Plaintiffs' Motion for Preliminary Injunction that was withdrawn in the amount of $24,829.00;

(2) Plaintiffs' Motion for Class Certification that was withdrawn in the amount of $14,332.00; and,

(3) Plaintiffs' Original Complaint and their First Amended Complaint in an additional amount of $5,790.50.

The Court will issue a written order.


Submitted by: Rachel Sharpe, Courtroom Manager